UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE MATTHEW AARON
SIMPSON II BEY,                                    Case No. 24-mc-50224

    Petitioner.                                     Hon. George Caram Steeh

_____/

ORDER DISMISSING CASE AND
DENYING MOTION TO INTERVENE (ECF NO. 9)

This case is before the Court on Matthew Aaron Simpson II Bey's "Declaration of Non Citizen Nationality," ECF No. 1, various other documents and Declarations, ECF Nos. 2, 3, 4, 5, 6, 7 and 8, and a motion to intervene with injunction, ECF No. 9. Mr. Simpson Bey has not filed a complaint or other request for relief, but rather files a declaration that he is a sovereign citizen who is not subject to the jurisdiction of the United States. ECF No. 1, PageID.1. A civil action cannot begin without a complaint. See Fed. R. Civ. P. 3. Further, in a typical case, the Court would screen an applicant's complaint pursuant to 28 U.S.C. § 1915(e), to ensure that it states a legal claim over which the Court has jurisdiction. However, Simpson Bey's declaration does not state a legal claim for relief. *See generally Bey v. State*, 847 F.3d 559, 560 (7th Cir. 2017) (rejecting claims of so-called sovereign Moors); *Payne v. Kilda,* 2016 WL 491847 at *4 (E.D.

Mich. Jan. 6, 2016) ("Complaints premised solely on sovereign citizen arguments have "been uniformly rejected by the federal courts."), *adopted by* 2016 WL 465486 (E.D. Mich. Feb. 8, 2016). Neither is there a basis for this Court's subject matter jurisdiction, as the declaration does not present a federal question, *see* 28 U.S.C. § 1331, nor does it establish diversity jurisdiction, *see id*. § 1332.

Accordingly, IT IS HEREBY ORDERED that this matter is DISMISSED.

There being no valid case pending before the Court, IT IS HEREBY FURTHER ORDERED that Mr. Simpson Bey's motion to intervene (ECF No. 9) is DENIED AS MOOT.

Dated: August 26, 2024

s/George Caram Steeh
HON. GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 26, 2024, by electronic and/or ordinary mail.

s/LaShawn Saulsberry
Deputy Clerk